UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATE OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>$359,590.50 IN UNITED STATES )<br>CURRENCY, more or less; )<br>)<br>Defendant. )<br>_____) | Civil Case No. 12-CV-1141-RDR-KGS |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United State of America, by and through its attorneys, Barry R. Grissom, United States Attorney for the District of Kansas, and Robin L. Hathaway, Special Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: $359,590.50 in U.S. Currency, more or less (hereinafter "defendant property"), for violations of 21 U.S.C. § 841.

### THE DEFENDANT IN REM

2. The defendant property consists of: $359,590.50 in United States currency, more or less, that was seized on or about March 21, 2012, by the Kansas Highway Patrol during a traffic stop involving a 2011 Kia Optima driven by Alex Truong Vo on I-70 at milepost 147 in Ellis County, in the District of Kansas. The property is currently in the custody of the United

States Marshal Service.

## JURISDICTION AND VENUE

3.     Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355.

4.     This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5.     Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. § 1395, because the defendant property is located in this district.

## BASIS FOR FORFEITURE

6.     The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes 1) money, negotiable instruments, securities and other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substance Act; and/or 2) proceeds traceable to such an exchange, and/or 3) money, negotiable instruments, and securities used or intended to be used to facilitate a violation of the Controlled Substances Act.

## FACTS

7.     Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at

trial. Such facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A which is attached hereto and incorporated by reference.

### CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant for the arrest of the defendant property; that notice of this action be given to all persons who reasonably appear to be potential claimants of interest in the properties; that the defendant property to forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

ROBIN L. HATHAWAY, #19376
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481/robin.hathaway@usdoj.gov

3

# AFFIDAVIT

I, John D. Rule, being first duly sworn, depose and state:

1. I am a Task Force Officer with the Drug Enforcement Administration in Garden City, Kansas. My duties include investigation of violations of the Controlled Substance Act, Chapter 13 of Title 21 of the United States Code and forfeitures thereto.

2. The information contained in this affidavit is known to me through personal direct knowledge, and/or through information relayed to me by other law enforcement personnel, and/or through a review of official reports prepared by other law enforcement personnel. This affidavit is made to support the seizure and forfeiture of $359,590.50 in U.S. Currency, more or less.

3. On or about March 21, 2012, on I-70 at milepost 147 in Ellis County, Kansas, in the District of Kansas, Kansas Highway Patrol Trooper S.R. Walker stopped a rented 2011 Kia Optima for a traffic violation. Trooper Walker made contact with the driver, Alex Truong Vo, of Midway City, California, and passenger, Keith Thanh Nguyen, of Garden Grove, California.

4. Vo and Nguyen gave conflicting travel plans. During a consent search of the vehicle, Trooper Walker found bundles of U.S. currency in a military duffle bag and in a suitcase in the trunk of the car. A total of $359,590.50 in U.S. Currency was found. A certified K-9 detected the odor of controlled substances on the currency.

5. Vo and Nguyen both signed disclaimers to the money. Vo admitted that he flew from California to New York to pick up the currency. Vo stated that an unknown man placed the currency in the vehicle and he was instructed to drive the currency to Los Angeles, California.

6. Based upon the information set forth herein, I have probable cause to believe that the $359,590.50 in U.S. Currency, more or less, seized in this investigation constitutes money or other things of value furnished or intended to be furnished in exchange for a controlled substance, or proceeds traceable to such an exchange, or was used or intended to be used to facilitate one or more violations of Title 21, USC, § 841 et. seq.

_____
TFO John D. Rule, Affiant

Sworn to before me this 9 day of April, 2012.

_____
NOTARY

NOTARY PUBLIC - State of Kansas
SUSAN Y. MILLER
My Appt. Expires 7-27-2013

GOVERNMENT EXHIBIT
A

## DECLARATION

I, John D. Rule, Task Force Officer, Drug Enforcement Administration in Garden City, Kansas.

I have read the contents of the foregoing Complaint for Forfeiture, and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9 day of April, 2012.

John D. Rule, TFO

4